[No. 10196.   Department Two.   June 11, 1912.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY A. LAKE,

*Appellant.*[1]

Appeal from a judgment of the superior court for King county, Ronald, J., entered October 7, 1911, upon a trial and conviction of false registration. Reversed.

*Gill, Hoyt & Frye* and *R. L. Blewett,* for appellant.

PER CURIAM.—Defendant was charged with the crime of false and fraudulent registration, and appeals from a judgment entered upon a verdict of guilty. The error alleged is the insufficiency of the information. The case is similar to *State v. Ross,* 66 Wash. 138, 119 Pac. 20, affirmed by the court on rehearing *en banc* (*Id.,* p. 141, 122 Pac. 8), and to *State v. Cohen,* 67 Wash. 618, 700, 122 Pac. 9, 10, and for the reasons there given the judgment is reversed, and the cause remanded with instructions to dismiss.

---

[No. 10213.   Department One.    July 15, 1912.]

W. R. CUNNINGHAM, SENIOR, *Respondent,* v. J. C. STEPHENS, *as Road Supervisor, et al., Appellants.*[2]

Appeal from a judgment of the superior court for Adams county. Holcomb, J., entered January 23, 1912, upon findings in favor of the plaintiff, in an action for an injunction. Reversed.

*John Truax,* for appellants.
*C. H. Spalding* and *Walter Staser,* for respondent.

PER CURIAM.—The same questions are raised in this case as were raised in the case of *Wedemeyer v. Crouch,* 68 Wash. 14, 122 Pac. 366, and for the reasons therein assigned the judgment of the lower court is reversed.

[1]Reported in 124 Pac. 1135.

[2]Reported in 124 Pac. 1134.